UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:25-cr-140-WWB-SJH

SURVALARIE HARRIS

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about March 22, 2022, in the Middle District of Florida, the defendant,

SURVALARIE HARRIS,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a Form 1040, U.S. Individual Income Tax Return for the 2021 tax year for an individual identifying herself with a name with the initials B.S., which was false and fraudulent as to material matters, in that the return falsely represented that B.S. had a business and fraudulently claimed an Earned Income Credit, which representations and claims the defendant knew were false and fraudulent and which resulted in the return's reflecting that B.S. was entitled to a refund of $2,950, when, in the absence of the

false and fraudulent representations and claims, B.S. would have owed approximately $311 in taxes.

In violation of 26 U.S.C. § 7206(2).

GREGORY W. KEHOE
United States Attorney

By: *Elisibeth Adams*
ELISIBETH ADAMS
Assistant United States Attorney

By: *[signature]*
MICHAEL COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville
